S:\FILES\5701_LASER MASTER INTERNATIONAL\LEGAL+DISCOVERY\5701_STIPULATION-OF-DISCONTINUANCE.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
John T. Lillis, Jr., Esq.
75 Maiden Lane - Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiffs
CHUBB INS. GROUP, a/s/o Laser
Master International, and
LASER MASTER INTERNATIONAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| CHUBB INS. GROUP, a/s/o Laser Master International, and LASER MASTER INTERNATIONAL,<br><br>            Plaintiffs,<br><br>      - v. -<br><br>ALL-WAYS FORWARDING INT'L, LLC, _in personam_, the M/V JIN HE, her engines, tackle, etc., _in rem_,<br><br>            Defendants. | 2:12-cv-07316 (FSH)(MAH)<br><br>STIPULATION OF DISCONTINUANCE |

---

ALL-WAYS FORWARDING INT'L, LLC, _in personam_, the M/V JIN HE, her engines, tackle, etc., _in rem_,

            Third-Party Plaintiffs,

      - v. -

KAWASAKI KISEN KAISHA, LTD.,

            Third-Party Defendant.

Pursuant to FRCP 41(a)(1)(A)(ii), this matter has now be settled by and among all Parties, and therefore, this action is dismissed with prejudice and without costs to any Party.

This dismissal resolves all claims, counter-claims, cross-claims, and third-party claims between and among all Parties to this action.

Dated:  New York, New York
        October 30, 2013

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Plaintiffs
CHUBB INS. GROUP, a/s/o Laser
Master International, and
LASER MASTER INTERNATIONAL

By: _____
John T. Lillis, Jr., Esq.
75 Maiden Lane - Suite 402
New York, New York  10038-4816
Telephone:  212-430-0800

Dated:  New York, New York
        October 30, 2013

FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendants/
Third-Party Plaintiffs
ALL-WAYS FORWARDING INT'L, LLC

By: _____
William Joseph Pallas, III, Esq.
80 Pine Street
New York, New York 10005
Telephone:  (212) 425-1900

Dated:   New York, New York          MAHONEY & KEANE, LLP
         October 30, 2013            Attorneys for Third-Party Defendant
                                     KAWASAKI KISEN KAISHA, LTD.

                                     By: /s/ Garth S. Wolfson  JTL
                                     Garth S. Wolfson, Esq., Esq.
                                     40 Worth Street, Tenth Floor
                                     New York, New York 10013
                                     Telephone:  (212) 385-1422